AHRENS, Appellant, vs. SCHNEIDER and another, Respondents.

For the appellant : *Gruhle & Fessler* of Sheboygan.

For the respondents : *Bassuener, Humke & Poole* of Sheboygan.

*By the Court.*—Judgment affirmed.

EDWARDS, Respondent, vs. CENTRAL CHEVROLET SALES COMPANY and others, Defendants : HARDWARE MUTUAL CASUALTY COMPANY, Appellant.

For the appellant : *Cannon & Meister* of West Bend, attorneys, and *William A. Hayes* of Milwaukee of counsel.

For the respondent : *Edward M. Goemans* and *G. Russell Crotty,* both of Milwaukee, attorneys, and *C. J. Schloemer* of West Bend of counsel.

*By the Court.*—Judgment affirmed.